UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Graves,
    *Plaintiff*,
    v.

Emergency Services,
    *Defendant*.

Docket No. 20-cv-33 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Magistrate Judge Merriam reported that this matter has been settled and that no further action is required.   This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by May 14, 2020.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 14th day of April 2020.